# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 27, 2026

Clerk of Court
One Center Drive
Fayetteville, GA 30214

**RE: Trophy Point Investment Group, LLC v. Kelly Katharine Taylor**
**Your Case Number: 2025V-1230**
**Our Case Number: 3:26-cv-0026-LMM**

Dear Clerk:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: s/ D. Barfield
Deputy Clerk

Enclosure